RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ADEN KAHSSAI
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kahssai@fd.org

Attorney for Dale Earl Scott

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DALE EARL SCOTT,<br><br>　　　　　Defendant. | Case No. 2:23-cr-00031-GMN-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Afroza Yeasmin, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kahssai, Assistant Federal Public Defender, counsel for Dale Earl Scott, that the Revocation Hearing currently scheduled on June 11, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　The parties believe that additional time would be beneficial for Mr. Scott to ensure he is on the right track and maintains full compliance. Should Mr. Scott stay in full compliance with his conditions during this time, the parties will seek to dismiss the petition

without prejudice. If Mr. Scott does not remain in compliance, the parties will move forward with revocation.

  2. The government has a conflict between August 22, 2024 through September 6, 2024.

  3. The defendant is out of custody and agrees with the need for the continuance.

  4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 3rd day of June, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Aden Kahssai*<br>ADEN KAHSSAI<br>Assistant Federal Public Defender | By /s/ *Afroza Yeasmin*<br>AFROZA YEASMIN<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DALE EARL SCOTT,<br><br>　　　　Defendant. | Case No. 2:23-cr-00031-GMN-NJK<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for June 11, 2024 at 2:00 p.m., be vacated and continued to __August 14, 2024__ at the hour of 10:00 a.m.

　　DATED this _10_ day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE