United States District Court
for
the District of Nevada

---

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
June 4, 2024

---

Name of Offender: **Dale Earl Scott**

Case Number: **2:23CR00031**

Name of Sentencing Judicial Officer: **Honorable Virginia Anne Phillips**

Date of Original Sentence: **May 10, 2021**

Original Offense: **Possession with Intent to Distribute at Least One Kilogram of Heroin**

Original Sentence: **30 Months prison, followed by 60 Months TSR.**

Date of Prior Revocation: **April 24, 2024**

Revocation Sentence: **Time Served, 36 Months TSR**

Date Supervision Commenced: **April 24, 2024**

Date Jurisdiction Transferred to District of Nevada: **February 17, 2023**

Name of Assigned Judicial Officer: **Honorable Gloria M. Navarro**

---

**PETITIONING THE COURT**

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term up to 90 days. You must follow the rules and regulations of the center.

**CAUSE**

By way of case history, Scott was sentenced to 30 months custody followed by five (5) years' supervised release for committing the offense of Possession with Intent to Distribute at least One

Kilogram of Heroin. On June 3, 2022, Scott commenced his first term of supervision in the District of Nevada. On February 17, 2023, Your Honor accepted jurisdiction of the case.

On April 24, 2024, Scott appeared before Your Honor for revocation proceedings. The probation office alleged Scott failed to comply with the following conditions: report police contact within 72 hours, substance abuse treatment, live at approved place, and do not unlawfully use a controlled substance. During this hearing, supervision was revoked, and Scott was sentenced to time served followed by three (3) years' supervised release. Scott commenced his second term of supervision on April 24, 2024.

On May 8, 2024, Your Honor signed a Petition for Warrant due to Mr. Scott committing a new law violation and testing positive for marijuana use.

On May 16, 2024, Mr. Scott appeared before the Court for his Initial Appearance. At the conclusion of the hearing, Mr. Scott was released to the Residential Reentry Center (RRC). Pre-trial supervision will pay for Scott's RRC placement until June 11, 2024. As of right now, Mr. Scott's final revocation hearing is set for June 11, 2024. However, defense counsel has agreed to file a stipulation to extend the revocation hearing for 60 days.

At this time, it is requested that Mr. Scott's conditions of release be modified to include placement at the RRC for an additional 90 days. Mr. Scott does not oppose the request modification as indicted by his signature on the attached waiver of hearing form.

Please contact the undersigned officer at (702) 527-7256 if you have any questions. Thank you.

Respectfully submitted,

Digitally signed by Erica Hogans
Date: 2024.06.05 14:38:50 -07'00'

Erica Hogans
US Probation Officer

Approved:

Digitally signed by Joy Gabonia
Date: 2024.06.05 14:30:14 -07'00'

Joy Gabonia
Supervisory United States Probation Officer

---

## THE COURT ORDERS

☐     No Action.

☐     The extension of supervision as noted above.

☒     The modification of conditions as noted above

☐     Other (please include Judicial Officer instructions below):

-------------------------------------------------------------------------

-------------------------------------------------------------------------

-------------------------------------------------------------------------

_____
Signature of Judicial Officer

June 10, 2024
_____
Date