RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Dale Earl Scott

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DALE EARL SCOTT,<br><br>    Defendant. | Case No. 2:23-cr-00031-GMN-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

  IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Afroza Yeasmin, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Dale Earl Scott, that the Revocation Hearing currently scheduled on August 14, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than 45 days.

  This Stipulation is entered into for the following reasons:

  1. United States Probation Officer Erica Hogans filed a Petition for Warrant for Offender Under Supervision on May 6, 2024. (ECF No. 20.)

  2. The Court granted the petition on May 8, 2024. (*Id.*)

3. Mr. Scott made his initial appearance in custody on May 16, 2024. (ECF No. 23.) The Court held a detention hearing and released Mr. Scott from custody. (*Id.*) A revocation hearing was set for June 11, 2024. (*Id.*)

4. The parties filed a stipulation to continue the June 11, 2024 revocation hearing stating: "The parties believe that additional time would be beneficial for Mr. Scott to ensure he is on the right track and maintains full compliance. Should Mr. Scott stay in full compliance with his conditions during this time, the parties will seek to dismiss the petition without prejudice. If Mr. Scott does not remain in compliance, the parties will move forward with revocation." (ECF No. 30 at 1–2.)

5. Since filing the last stipulation to continue, Mr. Scott has maintained full compliance with the conditions of his supervised release.

6. United States Probation Officer Erica Hogans and the government agree to dismissal without prejudice of the petition (ECF Nos. 19, 20) if Mr. Scott remains in full compliance through September 9, 2024.[1]

7. The defendant is out of custody and agrees with the need for the continuance.

8. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 7th day of August, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By */s/ Afroza Yeasmin*<br>AFROZA YEASMIN<br>Assistant United States Attorney |

---

[1] The parties nonetheless request a 45-day continuance because counsel for the government will be unavailable September 9, 2024, through September 23, 2024.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DALE EARL SCOTT,<br><br>　　　　Defendant. | Case No. 2:23-cr-00031-GMN-NJK<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for August 14, 2024 at 10:00 a.m., be vacated and continued to  October 15, 2024   at the hour of 11:00 a.m.

　　　DATED this  7  day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE

3