Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick A. Mula
Assistant Federal Public Defender
Illinois State Bar No. 6331934
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Defendant Dale Earl Scott

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Dale Earl Scott,<br><br>　　　　Defendant. | Case No. 2:23-cr-00031-GMN-NJK<br><br>**Stipulation to Dismiss Petition and Vacate Revocation Hearing** |

　　　　The parties stipulate to the dismissal of the Petition for Warrant for Offender Under Supervision (ECF Nos. 19 (petition), 20 (order granting petition)) and ask that the Court dismiss the petition and vacate the revocation hearing currently scheduled for October 15, 2024, at 11:00 AM (ECF No. 37). The parties enter into this stipulation for the following reasons:

　　　　1.　　United States Probation Officer Erica Hogans executed a Petition for Warrant for Offender Under Supervision on May 6, 2024. (ECF No. 20.)

　　　　2.　　The Court issued an order granting the petition on May 8, 2024. (*Id.*)

3. Mr. Scott made his initial appearance on May 16, 2024. (ECF No. 23.) The Court held a detention hearing and released Mr. Scott from custody. (*Id.*) A revocation hearing was set for June 11, 2024. (*Id.*)

4. The parties filed a stipulation to continue the June 11, 2024 revocation hearing stating: "The parties believe that additional time would be beneficial for Mr. Scott to ensure he is on the right track and maintains full compliance. Should Mr. Scott stay in full compliance with his conditions during this time, the parties will seek to dismiss the petition without prejudice. If Mr. Scott does not remain in compliance, the parties will move forward with revocation." (ECF No. 30 at 1–2.)

5. United States Probation Officer Erica Hogans and the government agreed to dismissal without prejudice of the petition (ECF Nos. 19, 20) if Mr. Scott remained in full compliance through September 9, 2024. (ECF No. 36 at 2.)

6. Officer Hogans confirmed on September 11, 2024, that Mr. Scott has remained in compliance.

7. Accordingly, the parties stipulate to dismissal of the petition and ask that the Court dismiss the petition and vacate the revocation hearing set for October 15, 2024, at 11:00 AM.

Dated September 12, 2024.

Respectfully submitted,

Rene L. Valladares  
Federal Public Defender

Jason Frierson  
United States Attorney

*/s/ Rick Mula*  
Rick Mula  
Assistant Federal Public Defender

*/s/ Afroza Yeasmin*  
Afroza Yeasmin  
Assistant United States Attorney

2

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>v.<br><br>Dale Earl Scott,<br><br>   Defendant. | Case No. 2:23-cr-00031-GMN-NJK<br><br>**Order** |

Based on the representations of the parties and United States Probation Officer Erica Hogans, the Court finds that Mr. Scott has remained in compliance with his conditions and honored the resolution that the parties negotiated.

IT IS THEREFORE ORDERED that the Petition for Warrant for Offender Under Supervision (ECF No. 19) is dismissed without prejudice.

IT IS FURTHER ORDERED that the revocation hearing set for October 15, 2024, at 11:00 AM is vacated.

DATED this <u>12</u> day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE