RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Dale Earl Scott

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DALE EARL SCOTT,<br><br>　　　　　Defendant. | Case No. 2:23-cr-00031-GMN-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Dale Earl Scott, that the Revocation Hearing currently scheduled on February 25, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel will be in trial in another case (*Johnson v. Barrett*, 2:17-cv-02304-RFB-BNW (D. Nev.)) on February 25, 2025. (The trial date changed after filing the first stipulation to continue.)

　　　　2.　　The parties require additional time to finalize a resolution of this case.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 14th day of February, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By */s/ Joshua Brister*<br>JOSHUA BRISTER<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DALE EARL SCOTT,<br><br>　　　　Defendant. | Case No. 2:23-cr-00031-GMN-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for February 25, 2025 at 9:00 a.m., be vacated and continued to  May 27, 2025  at the hour of 10:00 a.m.

DATED this  19  day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE